STATE OF MONTANA, Plaintiff, vs. JESSIE JAMES HIGAREDA, Defendant.

DECISION

No. DC-81-166

The application of the above-named defendant for a review of the sentence of 30 years with 15 years suspended plus 5 years for weapon; dangerous imposed on October 1, 1981, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed except the dangerous designation be changed to nondangerous.

The reasons for the amendment are as follows:

(1) The youth of the Defendant

(2) The essentially nonviolent characteristics of the individual

(3) The potential for rehabilitation treatment as a result of being designated as a nondangerous person.

We wish to thank Janice Whetstone of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 13th day of May, 1982.

<div align="center">

SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, James Wheelis